IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JESSE BASSE, | ) |
| | ) 14 C 5919 |
| Plaintiff, | ) |
| | ) Honorable Judge John J. Tharp |
| vs. | ) |
| | ) |
| DART, et. al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO STAY PURSUANT TO *YOUNGER v. HARRIS***

Defendants Officers O'Rourke and Washington, by their attorney, ANITA ALVAREZ, State's Attorney of Cook County, through Mary Anne Spillane Matkus, Assistant State's Attorney, respectfully move this Honorable Court to stay these proceedings pursuant to *Younger v. Harris* pending completion of Plaintiff Jesse Bass ("Plaintiff") criminal charges premised on the same incident. In support thereof, Defendant states the following:

1. Upon information and belief, Plaintiff is currently incarcerated at the Cook County Department of Corrections ("CCDOC") and purports to bring Section 1983 claims against Correctional Officers O'Rourke and Washington. Plaintiff's claims are premised on an altercation that occurred in the Cook County Department of Corrections on April 4, 2015 in which Plaintiff alleges that Officers O'Rourke and Washington violated his rights by subjecting him to excessive force.

2. As a result of the same altercation, upon information and belief, Plaintiff is also currently charged with and being prosecuted for two counts of felony aggravated battery of Correctional Officer O'Rourke and possibly other officers in the matter of *People v. Jesse Bass*, case number 14 CR 9054201 in the Circuit Court of Cook County before Judge James Obbish.

1

3. Plaintiff's claims in this federal civil rights lawsuit purport to raise constitutional issues based on events and allegations that are also involved in Plaintiff's underlying state court criminal prosecution. Thus, under *Younger v. Harris*, 401 U.S. 37 (1971), plaintiff's federal civil rights claims should be stayed pending the disposition of the underlying state criminal prosecution. *See Simpson v. Rowan*, 73 F.3d 134, 138–39 (7th Cir. 1995) (finding that *Younger* abstention applies to § 1983 damages claim in federal court pending the outcome of state court criminal proceedings).

4. Plaintiff's underlying criminal prosecution and his constitutional claims against the Defendant before this Court involve the same April 4, 2014 incident and the same parties. However, Plaintiff's federal claims allege that he was the victim of excessive force by correctional officers and based on the same incident, the State of Illinois is currently prosecuting Plaintiff for aggravated battery of one of those officers. "Disposition of one action necessarily involves issues which would be raised in the other,]" and, thus, "[t]he policy against federal interference with pending state criminal proceedings would be violated if this civil suit proceeded while the state case remained pending." *Mitts v. Marszewski*, 1998 U.S. Dist. LEXIS 495, *3 (N.D. Ill. 1998) (Marovich, J.) (applying *Younger* abstention to stay proceedings on § 1983 claims in federal court where plaintiff alleged that correctional officers used excessive force against him while, at the same time, plaintiff was being prosecuted in state court for aggravated battery of the same officers based on the same incident).

5. Disposition of Plaintiff's claims in this case would necessarily involve issues that have been and will be raised in his ongoing state criminal prosecution the related case. Accordingly, permitting Plaintiff to proceed with the instant civil suit risks interfering with his

pending state criminal case. Defendants, in the interest of judicial economy, request this entire matter be stayed pending the resolution of the underlying criminal matter.

WHEREFORE, Defendant Officers Bissett and Louis respectfully move this Court to enter an order pursuant to *Younger v. Harris* staying proceedings in this case pending the disposition of the underlying state criminal proceedings against Plaintiff Jesse Bass and for any other relief this Court deems just and fit.

                              Respectfully Submitted,

By:   */s/ Mary Anne Spillane Matkus*
       Mary Anne Spillane Matkus
       Assistant State's Attorney
       500 Richard J. Daley Center
       Chicago, IL 60602
       (312) 603-4635